Bertha Graff, Plaintiff-Appellee, v. Harvey J. Graff, Defendant-Appellant.

Gen. No. 10,103.

Third District.

April 23, 1957.

Released for publication May 23, 1957.

Raymond H. Imig and Joseph W. DePew, for defendant-appellant; Cassidy, Sloan & Cassidy, for plaintiff-appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.